**DISMISS; and Opinion Filed March 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00205-CV

### NITIN JARIWALA AND CHETNA HIRA, Appellants
### V.
### FIRST NATIONAL BANK OF PRATT, KANSAS, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17308**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Brown

Before the Court are appellants' amended motion for dismissal with prejudice and

appellee's response reflecting agreement with the dismissal. We **GRANT** the motion and dismiss

the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).


/Ada Brown/
ADA BROWN
JUSTICE

190205F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

NITIN JARIWALA AND CHETNA
HIRA, Appellants

No. 05-19-00205-CV     V.

FIRST NATIONAL BANK OF PRATT,
KANSAS, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-17308.
Opinion delivered by Justice Brown,
Justices Schenck and Pedersen, III
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

We **ORDER** that each party bear its own costs of this appeal as agreed.


Judgment entered this 27th day of March 2019.